# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: 12-0399 M |
|---|---|
| v. Felix Kha DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: Feb. 17, 2012  11:45  ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building)  Yes ☒    No ☐
3. Charges under which defendant has been booked:
   16 USC 3372; 16 USC 3373; 16 USC 1538; 18 USC 371
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: ███ 1985
8. The defendant is:  ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )
12. Does the defendant have retained counsel ?   ☒ No
    ☐ Yes   Name: _____   and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: Duty Officer Smith   Time: 9:30 ☒ AM / ☐ PM
14. Remarks (if any): _____
15. Date: Feb. 19, 2012   16. Name: Elizabeth L Darling (Please Print)
17. Agency: U.S. Fish and Wildlife   18. Signature: Elizabeth [signature]
19. Office Phone Number: 310-328-1516