# LIST OF EXHIBITS AND WITNESSES

| Case Number | 12-MJ-399 | Title | USA v. Felix Kha |
|---|---|---|---|
| Judge | Magistrate Judge Jacqueline Chooljian | | |
| Dates of Trial or Hearing | February 27, 2012 | | |
| Court Reporters or Tape No. | C/S 2/27/12 | | |
| Deputy Clerks | Hana Rashad | | |

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dennis Mitchell, AUSA | R. Darren Cornforth, Retained |
| Joe Johns, AUSA | |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| 1 | x | x | | | | Email | |
| 2 | x | x | | | | 3 pages with 4 photos dated Nov. 1, 2011 | |
| 3 | x | x | | | | 1 page dated Nov. 21, 2011 | |
| 4 | x | x | | | | 2 pages dated Nov. 24, 2011, para. 1.1 - 4.3 | |
| 5 | x | x | | | | Contract of Work Execution dated Dec. 2, 2011 | |